MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CSBN 150630)
Chief, Criminal Division

MATTHEW A. PARRELLA (NYBN 2040855)
SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5061
   FAX: (408) 535-5066
   Email: matthew.parella@usdoj.gov
          susan.knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-00142 EJD |
|    Plaintiff, ) | |
|       v. ) | STIPULATION AND [~~PROPOSED~~] ORDER REQUESTING A REFERRAL TO A MAGISTRATE JUDGE FOR A SETTLEMENT CONFERENCE |
| TARA DENISE BONELLI., ) | |
|    Defendant. ) | |

     The above-captioned case is currently set for a status conference on September 10, 2012 and trial on February 11, 2013. The parties believe that settlement conference maybe beneficial in exploring a resolution to the case. Therefore, the parties respectfully request that the Court refer the parties to a settlement conference before the Honorable Laurel Beeler. The parties have contacted Magistrate Judge Beeler's chambers, and she is available to conduct a settlement

//

//

//

conference on September 14, 2012 at 9:30 a.m.

SO STIPULATED:    MELINDA HAAG
                  United States Attorney

DATED: 7/30/12    _____/s/_____
                  MATTHEW A. PARRELLA
                  SUSAN KNIGHT
                  Assistant United States Attorneys

DATED: 7/30/12    _____/s/_____
                  ELIZABETH C. PETERSON
                  Counsel for Ms. Bonelli

## ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that the parties in the above-captioned case be referred to a settlement conference. The parties shall participate in a settlement conference with Magistrate Judge Beeler on September 14, 2012 at 9:30 a.m. SO ORDERED.

DATED: August 1, 2012    _____
                         EDWARD J. DAVILA
                         United States District Judge