ELIZABETH C. PETERSON, State Bar No. 194561
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: epeterson@wsgr.com

Attorneys for Defendant
Tara Denise Bonelli

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TARA DENISE BONELLI,<br><br>    Defendant. | CASE NO.: 5:11-cr-00142-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING FINAL SETTLEMENT CONFERENCE**<br><br>Date: November 30, 2012<br>Time: 10:30 a.m.<br>Court: Magistrate Judge Laurel Beeler<br>       450 Golden Gate Avenue<br>       Courtroom C, 15th Floor<br>       San Francisco, California |

The undersigned parties have contacted Magistrate Judge Laurel Beeler, who has agreed to conduct the final settlement conference in the above-captioned case on Friday, November 30, 2012, at 10:30 a.m. The defendant, Tara Denise Bonelli, and her attorney of record will appear in Judge Beeler's chambers, Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco,

///
///
///
///
///

-1-

California. Attorneys for the Government have been granted permission to appear telephonically by dialing chambers at (415) 522-4660.

SO STIPULATED:                             WILSON SONSINI GOODRICH & ROSATI
                                           Professional Corporation

DATED: 11/02/2012                          /s/
                                           ELIZABETH C. PETERSON
                                           Counsel for Defendant, Tara Denise Bonelli


                                           MELINDA HAAG
                                           United States Attorney

DATED: 11/02/2012                          /s/
                                           MATTHEW A. PARRELLA
                                           SUSAN KNIGHT
                                           Assistant United States Attorneys


**ORDER**

Accordingly, for good cause shown, the Court HEREBY ORDERS that the final settlement conference is scheduled for Friday, November 30, 2012, beginning at 10:30 a.m., before the Honorable Magistrate Judge Laurel Beeler.

DATED: November 5, 2012
                                           Magistrate Judge Laurel Beeler