1  ELIZABETH C. PETERSON, State Bar No. 194561
   CATHERINE E. MORENO, State Bar No. 264517
2  BRYSON S. SANTAGUIDA, State Bar No. 255173
   LYDIA CHAO, State Bar No. 274910
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
6  Email: cmoreno@wsgr.com

7  Attorneys for Defendant
   Tara Denise Bonelli

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 11-00142 EJD |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| TARA DENISE BONELLI, | |
| Defendant. | |

The undersigned parties respectfully request that the status conference in the above-captioned case be continued from December 10, 2012 to December 17, 2012. The reason for the continuance is that on December 6, 2012, Ms. Bonelli received urgent medical treatment at Dominican Hospital in Santa Cruz, California. Ms. Bonelli's medical condition required that the parties continue for a brief time their final settlement conference, which was scheduled for December 7, 2012 before Magistrate Judge Beeler. The parties intend to conduct their final settlement conference the week of December 10-14, 2012.

The parties also request an exclusion of time under the Speedy Trial Act from December 10, 2012 through December 17, 2012. The parties agree and stipulate that an exclusion of time is

STIPULATION AND [PROPOSED] ORDER                -1-
NO. CR 11-00142 EJD

appropriate based on the defendant's need for effective preparation of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

SO STIPULATED:                          MELINDA HAAG
                                        United States Attorney

DATED: 12/07/12                              /s/
                                        MATTHEW A. PARRELLA
                                        SUSAN KNIGHT
                                        Assistant United States Attorneys

DATED: 12/07/12                              /s/
                                        CATHERINE E. MORENO
                                        Counsel for Ms. Bonelli

## **ORDER**

Accordingly, for good cause shown, the Court HEREBY ORDERS that the status hearing scheduled for December 10, 2012 is continued to December 17, 2012.

The Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from December 10, 2012 through December 17, 2012. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under the 18. U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

SO ORDERED.

DATED: 12/7/2012                        _____
                                        EDWARD J. DAVILA
                                        United States District Judge